AMPUL ELECTRIC, INC., Appellant, v VILLAGE OF PORT CHESTER et al., Respondents.

Submitted July 30, 2012; decided October 23, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.